UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHIM AHMED HANIF, | No. 2:18-cv-2144-EFB P |
| Plaintiff, | |
| v. | ORDER |
| JAMES WARDEN, PUBLIC DEFENDER'S OFFICE, | |
| Defendant. | |

Plaintiff is a county inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to submit his application for leave to proceed in forma pauperis pursuant to the court's August 8, 2018 order.

Plaintiff's request (ECF No. 4) is granted and plaintiff has 30 days from the date this order is served to file his application.

So ordered.

Dated: September 13, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE